In the Matter of the Judicial Settlement of the Account of Proceedings of MARY E. GODLEY, as Executrix, etc., of RICHARD D. GODLEY, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.